PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN AMARAL, and individual, SHANE P. AMARAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>POST FALLS HIGHWAY DISTRICT,<br><br>Defendant. | Case No. 2:24-cv-00213-AKB<br><br>**MOTION FOR SUMMARY JUDGMENT** |

Defendant Post Falls Highway District, by and through its attorneys of record Peter C. Erbland and Katharine B. Brereton of Lake City Law Group PLLC, hereby moves this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment on all of Plaintiffs' claims.  This motion is supported by the files and records herein and the Memorandum in Support of Motion for Summary, the Statement of Facts, and the declarations filed contemporaneously herewith.

//

//

**MOTION FOR SUMMARY JUDGMENT - 1**

DATED this 31st day of July, 2025.

LAKE CITY LAW GROUP PLLC


/s/ *Katharine B. Brereton*
KATHARINE B. BRERETON

*Attorney for Defendant*

**MOTION FOR SUMMARY JUDGMENT - 2**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of July, 2025, I filed the foregoing electronically through the CM/ECF system,

AND I FURTHER CERTIFY that the foregoing was served on the following non-CM/ECF registered participants in the manner indicated below:

*Plaintiffs, pro se*:

Susan M. Amaral                          ☒ Email:  smamaral@hotmail.com
305 E. 13th Ave.
Post Falls, ID  83854

Shane P. Amaral                          ☒ Email:  shaneamaral36@gmail.com
6667 W. Highland Dr.
Coeur d' Alene, ID  83814


/s/ *Katharine B. Brereton*
Katharine B. Brereton

**MOTION FOR SUMMARY JUDGMENT - 3**