PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN AMARAL, and individual, SHANE P. AMARAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>POST FALLS HIGHWAY DISTRICT,<br><br>Defendant. | Case No. 2:24-cv-00213-AKB<br><br>**DECLARATION OF KATHARINE B. BRERETON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

STATE OF IDAHO          )
                                        :ss
County of Kootenai        )

        KATHARINE B. BRERETON, being first duly sworn upon oath, deposes and states:

        1.        I am an adult citizen of the United States, am competent to testify to the matters stated herein, and make this declaration based on my own personal knowledge.

        2.        I am one of the attorneys of record for Defendant.

        3.        Attached hereto as Exhibit F is a true and correct copy of the property detail page for the property owned by Donna Bohn located 707 S Jasper Rd., Coeur d'Alene, Kootenai County,

**DECLARATION OF KATHARINE B. BRERETON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1**

Idaho, which is maintained on the Kootenai County Assessor's website https://id-kootenai.publicaccessnow.com/Assessor/PropertySearch.aspx.

4.      Attached hereto as Exhibit G is a true and correct copy of the plat map for Section 18, Township 50 North, Range 4 West, which identifies the property owned by Donna Bohn located 707 S Jasper Rd., Coeur d'Alene, Kootenai County, Idaho. The plat map was obtained from the Kootenai County Assessor's website https://id-kootenai.publicaccessnow.com/Assessor/PropertySearch.aspx.  The plat map has been highlighted to easily identify Mrs. Bohn's property.

5.      Attached hereto as Exhibit H is a true and correct copy of the property detail page for the property owned by Susan Amaral located 6667 W. Highland Drive, Coeur d'Alene, Kootenai County, Idaho, which is maintained on the Kootenai County Assessor's website https://id-kootenai.publicaccessnow.com/Assessor/PropertySearch.aspx.

6.      Attached hereto as Exhibit I is a true and correct copy of the plat map for Section 7, Township 50 North, Range 4 West, which identifies the property owned by Susan Amaral located 6667 W. Highland Drive, Coeur d'Alene, Kootenai County, Idaho. The plat map was obtained from the Kootenai County Assessor's website https://id-kootenai.publicaccessnow.com/Assessor/PropertySearch.aspx.  The plat map has been highlighted to easily identify Ms. Amaral's property.

7.      Attached hereto as Exhibit J is a true and correct copy of the survey completed by Ace Solutions and recorded May 10, 2024, as Instrument No. 2968088000, in Book 32, Page 828, Records of Kootenai County, Idaho.

//

**DECLARATION OF KATHARINE B. BRERETON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 2**

I declare under penalty of perjury pursuant to the laws of the state of Idaho that the foregoing is true and correct.

DATED this 31st day of July, 2025.

LAKE CITY LAW GROUP PLLC


/s/ *Katharine B. Brereton*
KATHARINE B. BRERETON

*Attorney for Defendants*

**DECLARATION OF KATHARINE B. BRERETON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of July, 2025, I filed the foregoing electronically through the CM/ECF system,

AND I FURTHER CERTIFY that the foregoing was served on the following non-CM/ECF registered participants in the manner indicated below:

*Plaintiffs, pro se*:

Susan M. Amaral                        ☒ Email:  smamaral@hotmail.com
305 E. 13th Ave.
Post Falls, ID  83854

Shane P. Amaral                        ☒ Email:  shaneamaral36@gmail.com
6667 W. Highland Dr.
Coeur d' Alene, ID  83814


/s/ *Katharine B. Brereton*
Katharine B. Brereton

**DECLARATION OF KATHARINE B. BRERETON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 4**

# EXHIBIT F

## General Information

| | |
|---|---|
| **Owner:** Bohn Donna J | **Parcel ID (PIN):** 50N04W182100 |
| **Mailing Address:** Po Box 1114 Post Falls Id 83877 | **Alternate ID (AIN):** 137359 |
| **Property Address:** 707 S Jasper Rd | **Property Class:** 534- Imp Res Rural Tract |
| **Neighborhood:** 5700 Rural S Of River | **Deeded Acres:** 67.2850 |
| **District (TCA):** 070000 | |

Last updated: 7/31/2025 01:53:54 AM

## Legal Descriptions

**Description**

W2-NE-NE EX TAX #, SE-NE-NE, SE-NE

18 50N 04W

## Net Taxable Value

| Tax Year | Value |
|---|---|
| 2025 | $632,830.00 |
| 2024 | $640,870.00 |
| 2023 | $602,543.00 |
| 2022 | $618,739.00 |
| 2021 | $294,839.00 |
| 2020 | $224,964.00 |

## Value History

| Year | Reason | Land Value | Improvement Value | Total Value |
|---|---|---|---|---|
| 2025 | Assessment Update | $878,447.00 | $346,230.00 | $1,224,677.00 |
| 2024 | Assessment Update | $877,277.00 | $355,800.00 | $1,233,077.00 |
| 2023 | Assessment Update | $845,822.00 | $349,570.00 | $1,195,392.00 |
| 2022 | Assessment Update | $917,016.00 | $349,570.00 | $1,266,586.00 |
| 2021 | Assessment Update | $375,471.00 | $203,870.00 | $579,341.00 |

|◄ ◄ 1 2 3 4 5 ► ►|  5 ▼ items per page | 1 - 5 of 25 items |

## Exemption History

| Effective Year | Exemption Type | Percent | Total Value | Exemption Value | Net Taxable Value |
|---|---|---|---|---|---|
| 2020 | Homeowner's Exemption | 100 | $324,964.00 | $100,000.00 | $224,964.00 |
| 2021 | Homeowner's Exemption | 100 | $419,839.00 | $125,000.00 | $294,839.00 |
| 2022 | Homeowner's Exemption | 100 | $743,739.00 | $125,000.00 | $618,739.00 |
| 2023 | Homeowner's Exemption | 100 | $727,543.00 | $125,000.00 | $602,543.00 |
| 2024 | Homeowner's Exemption | 100 | $765,870.00 | $125,000.00 | $640,870.00 |
| 2025 | Homeowner's Exemption | 100 | $757,830.00 | $125,000.00 | $632,830.00 |

## Land Details

| Land Type | Acres | Total Value |
|---|---|---|
| Remaining Land Market Value | 40.09 | $489,337 |
| Agricultural Land | 26.00 | $19,110 |
| Homesite | 1.00 | $370,000 |
| Right Of Way (Easement) | 0.20 | $0 |
| Value Of Land With Timber Exemption | | $22,490 |

## Improvements

| Property Record | Improvement ID | Use Code | Description | Year Built | Length (ft.) | Width (ft.) | Area | Area Units |
|---|---|---|---|---|---|---|---|---|
| R01 | D | DWELL | Dwelling | 1964 | n/a | n/a | 1479 | Fin SF |
| R01 | 06 | POLEBLDG | General Purpose Bldg Wood Pole Frame | 2020 | 60.00 | 64.00 | 3840 | SF |
| R01 | 05 | LEANTO | Lean-to | 1982 | 41.00 | 12.00 | 492 | SF |
| R01 | 04 | POLEBLDG | General Purpose Bldg Wood Pole Frame | 1982 | 41.00 | 30.00 | 1230 | SF |
| R01 | 02 | LEANTO | Lean-to | 1980 | 36.00 | 18.00 | 648 | SF |

|◄ ◄ 1 2 ► ►|  5 ▼ items per page | 1 - 5 of 6 items |

Additional Commercial Info.

| Property Record | Use Code | Description | Gross Square Footage |
|---|---|---|---|

No additional commercial improvements data present.

## Permits

| Filing Date | Sq Ft | Permit Description |
|---|---|---|
| 3/7/25 | 0 | Outbuilding/Garage Permit |

## Sales History

| Document Number | Date | Owner | Grantee | Type |
|---|---|---|---|---|

No sales history data exists.

# EXHIBIT G





Maptile: 50N04W18

Sec. 18 Twp 50 N. R. 4 W. B. M.

# EXHIBIT H

## 📄 General Information

**Owner:** Amaral Susan M
**Mailing Address:** 6667 W Highland Dr Coeur D Alene Id 83814
**Property Address:** 6667 W Highland Dr
**Neighborhood:** 5700 Rural S Of River
**District (TCA):** 070000

**Parcel ID (PIN):** 50N04W079400
**Alternate ID (AIN):** 118459
**Property Class:** 534- Imp Res Rural Tract
**Deeded Acres:** 4.9981

Last updated: 7/31/2025 01:53:54 AM

## 🗐 Legal Descriptions

| Description |
| --- |
| TAX #22458 [IN SE-SE] |
| Section 07 Township 50N Range 04W |

## 🏛 Net Taxable Value

| Tax Year | Value |
| --- | --- |
| 2025 | $768,786.00 |
| 2024 | $761,970.00 |
| 2023 | $736,260.00 |
| 2022 | $768,971.00 |
| 2021 | $420,967.00 |
| 2020 | $360,450.00 |

## 🕒 Value History

| Year | Reason | Land Value | Improvement Value | Total Value |
| --- | --- | --- | --- | --- |
| 2025 | Assessment Update | $561,376.00 | $207,410.00 | $768,786.00 |
| 2024 | Assessment Update | $553,400.00 | $208,570.00 | $761,970.00 |
| 2023 | Assessment Update | $534,400.00 | $201,860.00 | $736,260.00 |
| 2022 | Assessment Update | $567,111.00 | $201,860.00 | $768,971.00 |
| 2021 | Assessment Update | $269,037.00 | $151,930.00 | $420,967.00 |

|◁ ◁ 1 2 3 4 5 ▷ ▷|  5 ▼  items per page       1 - 5 of 23 items

## Exemption History

| Effective Year | Exemption Type | Percent | Total Value | Exemption Value | Net Taxable Value |
| --- | --- | --- | --- | --- | --- |
| | | No modifier data is available for this record. | | | |

## ❄ Land Details

| Land Type | Acres | Total Value |
| --- | --- | --- |
| Remaining Land Market Value | 3.45 | $86,376 |
| Homesite | 1.00 | $475,000 |
| Right Of Way (Easement) | 0.55 | $0 |

## 📋 Improvements

| Property Record | Improvement ID | Use Code | Description | Year Built | Length (ft.) | Width (ft.) | Area | Area Units |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R01 | D | DWELL | Dwelling | 1995 | n/a | n/a | 1396 | Fin SF |
| R01 | 01 | PAV | Residential Paving | 2003 | n/a | n/a | 8000 | SF |
| R01 | G01 | ATTGAR | Attached Garage | 1995 | 24.00 | 24.00 | 576 | SF |
| R01 | 02 | LEANTO | Lean-to | 1983 | 28.00 | 14.00 | 392 | SF |

### Additional Commercial Info.

| Property Record | Use Code | Description | Gross Square Footage |
| --- | --- | --- | --- |
| | | No additional commercial improvements data present. | |

## 📋 Permits

| Filing Date | Sq Ft | Permit Description |
| --- | --- | --- |
| | | No permits data is available. |

1/2

🏷 Sales History

| Document Number | Date | Owner | Grantee | Type |
|---|---|---|---|---|
| 2552023 | 7/1/16 | Timothy F Steady Living Trust | Amaral Susan M | Single Parcel Transfer |
| 2080333 REMOVES TRUST | 1/1/07 | Steady - Atkinson Trust | Steady Timothy F | Single Parcel Transfer |
| 2080335 ADDS TRUST | 1/1/07 | Steady Timothy F | Timothy F Steady Living Trust | Single Parcel Transfer |
| 1803240 - CIRCUIT BREAKER ENTRY | 1/1/06 | Steady Timothy F Etal Trustees | Steady - Atkinson Trust | |

# EXHIBIT I





Maptile: 50N04W07SE

*SE Sec. 07 Twp 50 N.  R. 4  W. B. M.*

# EXHIBIT J

BOOK 32 PAGE 828 Instrument No.: 2916088000

BOOK 32 PAGE 828
INST. # 2916088000

# RECORD OF SURVEY OF
# HIGHLAND DRIVE HISTORIC RIGHT OF WAY
# AND DEDICATION

### A PORTION OF SECTION 18, TOWNSHIP 50 NORTH, RANGE 4 WEST, BOISE MERIDIAN, KOOTENAI COUNTY, IDAHO

CHARLES M. BROWN HOMESTEAD CERTIFICATE 674
SE 1/4 OF SW 1/4 OF SE 1/8
TOGETHER WITH GOVERNMENT LOTS 8 AND 9
GRANTED AUGUST 24 1901

HEIRS OF DAVID McCONAGHY CERTIFICATE 795
E 1/2 OF SE 1/4 TOGETHER WITH GOVERNMENT
GRANTED APRIL 1904

SOUTH 1/4 CORNER
SECTION 7 AT
30.75 CHAINS (2,029.50')
PER R1

AS BUILT CENTERLINE

JELLUM ROAD
ANGLE POINT 19
AT 60.50 CHAINS (3,993.00')
PER R1

HIGHLAND DRIVE (FORMERLY JELLUM ROAD)

BASIS OF BEARING

N 89°20'10"E 2608.66'

FOUND 3-1/4" ALUM CAP
TSON R4W
WC 1/4 COR
7
18
1981
RLS 687
CP&F 1864395

JELLUM ROAD 2 MILE POST AT
37.45 CHAINS (2,471.70')
PER R1

SIDE DETAIL

1895 VIEWERS
PORT SURVEY

7 | 16
18 | 17

JELLUM ROAD
ANGLE POINT 20
PER R1

FOUND 2-1/2" ALUM CAP
STRATTON SURVEYING & MAPPING
ID 10677
TSON R4W
7 | 6
18 | T 17
WA 32446
2012
CP&F 2360218000

L. PRICE LAND PATENT 675
NORTH 1/2 OF NORTHEAST QUARTER
GRANTED AUGUST 24 1901

## BASIS OF BEARING

BASIS OF BEARING FOR THIS SURVEY IS BETWEEN THE FOUND MONUMENTS DEFINING
THE NORTH LINE OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 50 NORTH,
RANGE 4 WEST HAVING A GRID BEARING OF N89°20'10"E PER THE IDAHO STATE PLANE
COORDINATE SYSTEM, WEST ZONE, NAD83 (2011).

## REFERENCES

R1  VIEWERS REPORT AND PLAT OF SURVEY OF JELLUM ROAD, COUNTY ROAD
     NUMBER 102, FILED APRIL 24, 1895, RECORDS OF KOOTENAI COUNTY.

R2  KOOTENAI COUNTY COMMISSIONERS JOURNAL, DATED JANUARY 23, 1896.

R3  PRICE HOMESTEAD CERTIFICATE NUMBER 675, DATED AUGUST 24, 1901.

R4  JELLUM HOMESTEAD CERTIFICATE NUMBER 787, DATED MAY 25, 1903.

R5  HEIRS OF DAVID MCCONAGHY HOMESTEAD CERTIFICATE NUMBER 795,
     DATED APRIL 4, 1904.

R6  BROWN HOMESTEAD CERTIFICATE NUMBER 674, DATED AUGUST 24, 41901.

## COUNTY RECORDER

THIS MAP WAS FILED IN THE OFFICE OF THE RECORDER, KOOTENAI COUNTY,
STATE OF IDAHO, AT THE REQUEST OF ACE SOLUTIONS.
THIS ____ DAY OF _____ 20__ AT 4:32 O'CLOCK A M.
AS INSTRUMENT NUMBER 2916088000 AND DULY RECORDED AT
BOOK ____ PAGE 828 OF SURVEYS.

BY: _____         $ 5.00
     DEPUTY                        PAID
     JENNIFER LOCKE, CLERK

## NARRATIVE

THE PURPOSE OF THIS SURVEY IS TO IDENTIFY THE LOCATION OF HIGHLAND DRIVE (ORIGINALY JELLUM ROAD), AS IT EXISTS
TODAY AND AT THE TIME OF CREATION, ON THE EAST HALF OF THE SECTION LINE COMMON TO SECTIONS 7 AND 18 OF
TOWNSHIP 50 NORTH, RANGE 4 WEST, BOISE MERIDIAN, KOOTENAI COUNTY, IDAHO, SPECIFICALLY IN THE AREA CALLED OUT
AS FOLLOWING THE SECTION LINE.

IN RESPONSE TO NEW HOMESTEADS BEING ESTABLISHED AND ROADS BEING REQUIRED TO CONNECT THE SETTLERS WITH
COMMUNITY, A NEW ROAD WAS PETITIONED FOR BY THE LAND OWNERS.  THE ORIGINAL DOCUMENTS PETITIONING FOR THE
NEW COUNTRY ROAD WERE NOT FOUND, HOWEVER ON APRIL 24 1895, WILLIAM ASHLEY JUNIOR, THE COUNTY SURVEYOR FOR
KOOTENAI COUNTY, FILED HIS VIEWERS REPORT FOR COUNTY ROAD NUMBER 102, KNOWN AT THAT TIME AS JELLUM ROAD
AND LISTED THE PETITIONERS AS E.N. JELLUM AND S. PRICE.

THE PETITIONERS ARE THE SPECIFIC PEOPLE REQUESTING A ROAD AND IN NEED OF ACCESS.

THIS ROAD, AS CALLED OUT AND DEPICTED WITHIN THIS RECORD, JOINS THE SECTION LINE COMMON TO SECTIONS 7 AND 18,
TOWNSHIP 50 NORTH, RANGE 4 WEST, BOISE MERIDIAN, AT A POINT WEST OF THE COMMON QUARTER CORNER, CONTINUES
THROUGH THE QUARTER CORNER, AND THEN CONTINUES ALONG THE SECTION LINE FOR AN ADDITIONAL DISTANCE OF 29.75
CHAINS (1,963.50'), THEN
ANGLES SOUTHEAST.

THE VIEWERS REPORT GOES FURTHER AND LISTS THE AFFECTED LAND OWNERS AND THE AMOUNT OF RIGHT OF WAY BEING
ACQUIRED, AND LISTS

1)  JELLUM AS THE OWNER DEDICATING RIGHT OF WAY IN THE NORTHWEST QUARTER OF SECTION 18.
2)  PRICE AS DEDICATING RIGHT OF WAY IN THE NORTHEAST QUARTER OF SECTION 18.
3)  M.R. SHELTON LISTED AS DEDICATING RIGHT OF WAY IN THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 7.
4)  BROWN IS DEDICATING RIGHT OF WAY IN THE EAST HALF OF THE SOUTHWEST QUARTER AND THE WEST HALF OF THE
     SOUTHEAST QUARTER OF SECTION 7, TOWNSHIP 50 NORTH, 4 WEST, BOISE MERIDIAN.

NO OTHER LANDOWNERS LISTED AS DEDICATING RIGHT OF WAY IN SECTIONS 7 OR 18, AND IT APPEARS THAT THE EAST
HALF OF THE SOUTHEAST QUARTER OF SECTION 7 WAS STILL VACANT AND OWNED WHOLLY BY THE UNITED STATES AT THIS
TIME AS NO LAND OWNER WAS LISTED, AND THE HOMESTEAD PATENT FOR THE EAST HALF OF THE SOUTHEAST QUARTER
OF SECTION 7 WAS ISSUED TO THE HEIRS OF DAVID McCONAGHY IN APRIL OF 1904, AND THE HOMESTEAD ACT OF 1862
REQUIRED OCCUPYING THE LAND AND IMPROVING IT FOR A PERIOD OF FIVE YEARS, SUGGESTING ARRIVAL IN EARLY 1899 OR
LATE 1898.

ON JANUARY 23RD, 1896 THE BOARD OF COUNTY COMMISSIONERS MET, APPROVED  THE VIEWERS REPORT AND PLAT OF
SURVEY OF JELLUM ROAD AND DECLARED IT TO BE A COUNTY ROAD AND A PUBLIC HIGHWAY.

BY ACCEPTING THE RIGHT OF WAY ACQUISITIONS, AS DECLARED AND AGREED TO BY THE LAND OWNERS IN THE VIEWERS
REPORT WERE ACCEPTED INTO THE COUNTY ROAD SYSTEM PRIOR TO CONSTRUCTION OF THE ROAD.

AFTER THE RIGHT OF WAY IS TAKEN INTO THE COUNTY ROAD SYSTEM, IDAHO TITLE 40, CHAPTER 2, SECTION 40-203 LISTS
THE POTENTIAL LEGAL METHODS OF VACATING A RIGHT OF WAY, AND REQUIRES APPROVAL OF THE VACATION BY THE
COUNTY COMMISSIONERS.  NO SUCH RECORD HAS BEEN FOUND AND AS SUCH IT IS BELIEVED THAT THE ORIGINAL RIGHT OF
WAY IS VALID, AND IN AREAS WHERE THE AS BUILT ROAD VARIES FROM THE LEGAL RIGHT OF WAY THERE MAY BE AN
ADDITIONAL PRESCRIPTIVE EASEMENT IN FAVOR OF THE PUBLIC BASED ON USE AND MAINTENANCE BY THE COUNTY FOR A
PERIOD OF OVER FIVE YEARS, AS PER IDAHO TITLE 40, CHAPTER 2 SECTION 40-202, SUB SECTION 3.

IT HAS BEEN SUGGESTED THAT THE ROAD WAS BUILT NEAR THE SURVEYED LINE AND THE AS BUILT LOCATION BECAME THE
ACCEPTED RIGHT OF WAY WHILE CITING RECORDS OF SURVEYS THAT HELD THE AS BUILT LOCATION AS EVIDENCE, HOWEVER
DESPITE AS BUILT LOCATIONS COMMONLY BEING RELIED UPON FOR RIGHT OF WAY LOCATIONS WHERE THE RECORD IS
INSUFFICIENT, IN THE CASE OF THIS ROAD THE SURVEY CLEARLY CALLS OUT A RETRACEABLE ALIGNMENT ALONG THE
SECTION LINE, DECLARES THE REQUIRED RIGHT OF WAY ACQUISITIONS, AND HAS THE AGREEMENT TO DEDICATE OF THE
LANDOWNERS WHICH WAS SUBSEQUENTLY ACCEPTED BY THE COUNTY COMMISSIONERS.

THE ACCEPTANCE OF THE ORIGINAL RIGHT OF WAY SURVEY CAUSED THE RIGHT OF WAY TO EXIST, AS SURVEYED, AND
CREATED A PUBLIC INTEREST IN THIS LAND, WHICH HAS NOT BEEN EXTINGUISHED AND WHICH HAS DOMINANT RIGHTS OVER
PRIVATE INTERESTS.



DETAIL

CENTERLINE EXISTING
PAVED ROAD

SECTION 7

HIGHLAND DRIVE

SECTION 18

THE AS BUILT CENTERLINE IS 42.82
FEET NORTH OF THE CENTERLINE OF
THE 1896 DEDICATED RIGHT OF WAY
AT ITS MAXIMUM MEASURED
VARIANCE, AT A POINT THAT IS
482.3 FEET EAST OF THE SOUTHWEST
CORNER OF THE CHARLES M. BROWN
HOMESTEAD

CENTERLINE OF A 50' WIDE RIGHT OF WAY
COINCIDENT WITH THE SECTION LINE AS
ACCEPTED AND ENTERED INTO THE COUNTY
ROAD LOG, JANUARY 1896.



## SURVEYOR'S CERTIFICATE

I, DAVID A. COWELL, PLS 20903, A PROFESSIONAL LAND SURVEYOR IN THE STATE OF
IDAHO, DO HEREBY CERTIFY THAT THIS IS A TRUE SURVEY OF THE PLATTED LAND
MADE BY ME, OR UNDER MY DIRECT SUPERVISION, AND THAT APPLICABLE CORNER
RECORDS HAVE BEEN FILED, IN COMPLIANCE WITH THE LAWS OF THE STATE OF IDAHO.

DAVID A. COWELL
P.L.S. 20903

H-Scale 1"=200'
200   100      200      400

## LEGEND

○  FOUND MONUMENT AS NOTED

⊡  CALCULATED POINT, NOTHING FOUND OR SET



761 N. Thornton Street, Suite C,
Post Falls, Idaho 83854
PHONE:(208)777-1854
FAX:(208)777-2128
www.acesolutions.pro

ACE SOLUTIONS
Advanced Consulting and Engineering Solutions

| RECORD OF SURVEY | | |
| KOOTENAI COUNTY, IDAHO | | |
| DRAWN BY: BLD | DATE: 4/18/2024 | DWG NAME: 22-105 ROS.dwg |
| CHECKED BY: DAC | SCALE: 1" = 200' | PROJ #: 22-105 | SHEET 1 of 1 |